IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

PLAINTIFF,

v.                                                     CIVIL NO.    05-648-DRH

ONE 1996 FORD F-250 DIESEL
PICKUP, VIN: 1FTHX25F4TEA64492,
AND ALL ATTACHMENTS,
EQUIPMENT, AND ACCESSORIES
THERETO,

DEFENDANT.

STIPULATED ORDER FOR DISMISSAL OF CASE
AND FOR RETURN OF PROPERTY

Upon stipulation by the United States of America by and through its attorneys, Edward E.

McNally, United States Attorney for the Southern District of Illinois, and Michael Thompson,

Assistant United States Attorney, and Michael Owens, *pro se*, the Court hereby find and order as

follows:

1.       Michael Owens hereby enters his appearance in this litigation and stipulates that all

further notices and pleadings in this cause, if any, shall be sent to him at Michael Owens, Reg. No.

06952-025, USP Marion, P.O. Box 1000, Marion, IL 62959.

2.       The Complaint for Forfeiture against the subject-matter defendant described as one

1996 Ford F-250 Diesel pickup, VIN:  1FTHX25F4TEA64492, and all attachments, equipment and

accessories thereto, is hereby dismissed without prejudice.

3.       Michael Owens, through any person authorized by Michael Owens in writing to

retrieve said vehicle, may pick up said vehicle at the United States Marshals Service, 750 Missouri

Avenue, East St. Louis, Illinois, at such time as will be agreed upon between the United States

Marshals Service and Michael Owens.

4.     Michael Owens warrants, that subject only to the right of the United States to forfeit said vehicle, he has at all relevant times been the sole owner of said vehicle and that there are no other liens or legal or equitable interests in same.

5.     Michael Owens hereby releases and holds harmless the United States of America and all officers, agents, employees, and attorneys of the United States of America from any and all damages or causes of action arising from the seizure and storage of said vehicle and the institution of forfeiture proceedings against said vehicle, including but not limited to any physical damage to said vehicle, any damages for loss of use of said vehicle, any deterioration of said vehicle, and any interest, attorneys's fees, or litigation costs, including but not limited to any costs which could be imposed under 28 U.S.C. § 2465(b)(1).  The parties stipulate, and the Court so finds, that there is reasonable cause for the seizure of the subject-matter property and that this order may serve as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

6.     The defendant shall make arrangements to retrieve the subject-matter property within 30 days from the date of this order.  Michael Owens shall not be obligated to reimburse the United States or the United States Marshal for any costs associated with the seizure or storage of said vehicle.

Dated: October 6, 2006.


                                        /s/    David  RHerndon
                                        David R. Herndon
                                        United States District Judge

Approved by:

*/s/ **Michael Owens w/consent***            */s/ **Michael Thompson***
MICHAEL OWENS                                MICHAEL THOMPSON
Defendant                                    Assistant United States Attorney